1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  MICHAEL BERGEN, an individual,
9                            Plaintiff,
10  v.
11  WASHINGTON STATE PATROL, a Washington State Agency, KEITH JORDAN and
12  "JANE DOE" JORDAN, husband and wife,
13                            Defendants.
14

No. 05-1090 MJP

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT

15
16   This matter comes before the Court on Defendants' Motion for Summary Judgment (Dkt. No.
17  22). Although the instant motion noted on September 8, 2006, Plaintiff Bergen has not filed a
18  Response to this Motion with the Court. Under Local Rule 7(b)(2), a failure to oppose any motion,
19  that failure may be taken by this Court as an admission that the motion has merit. For this reason, the
20  Court GRANTS Defendants' Motion for Summary Judgment and DISMISSES all remaining claims
21  against Defendants in this matter with prejudice.
22   The clerk is directed to send copies of this order to all counsel of record.
23        Dated: September 18, 2006.

24                              /s/ Marsha J. Pechman
25                              Marsha J. Pechman
                                United States District Judge

ORDER - 1